IN RE Garcia, John Orlando & Garcia, Maria Guadalupe _____ Case No. _____

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **038547007019559742**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | C | **Revolving account opened 3/96** | | | | **2,178.00** |
| Account No. **038547007019331441**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | C | **Revolving account opened 1/03** | | | | **1,879.00** |
| Account No. **038547007019359742**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | C | **Open account opened 3/96** | | | | **789.00** |
| Account No. **4266851051279831**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | C | **Revolving account opened 1/04** | | | | **4,948.00** |
| Account No. **1320505884**<br><br>**Chevron**<br>**Po Box 5010**<br>**Concord, CA  94524** | | H | **Revolving account opened 12/94** | | | | **1,337.00** |
| _____  **2** Continuation Sheets attached | | | | | Subtotal (Total of this page) | | **11,131.00** |
| | | | | (Complete only on last sheet of Schedule F)  **TOTAL** | | | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Garcia, John Orlando & Garcia, Maria Guadalupe**                      Case No. _____
                                  Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **412800339921** <br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD  57117** | | H | Revolving account opened 12/94 | | | | 6,653.00 |
| Account No. **542418079544** <br> **Citibank** <br> **Po Box 6241** <br> **Sioux Falls, SD  57117** | | C | Revolving account opened 1/02 | | | | 3,594.00 |
| Account No. **2839** <br> **Credit Management** <br> **4200 International** <br> **Carrollton, TX  75007** | | W | Unknown account opened 12/04 | | | | 437.00 |
| Account No. <br> **Comcast Video Data** | | | Assignee or other notification for: Credit Management | | | | |
| Account No. **540707001230** <br> **Hsbc Nv** <br> **Pob 98706** <br> **Las Vegas, NV  89193** | | C | Revolving account opened 5/94 | | | | 14,649.00 |
| Account No. **720624100469929** <br> **Hsbc/levtz** <br> **90 Christiana Rd** <br> **New Castle, DE  19720** | | H | Revolving account opened 11/02 | | | | 3,171.00 |
| Account No. **823426** <br> **Jc Penney** <br> **P.o. Box 981400** <br> **El Paso, TX  79998** | | W | Revolving account opened 8/98 | | | | 1,432.00 |

Sheet _____**1**_____ of _____**2**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                                     **29,936.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Garcia, John Orlando & Garcia, Maria Guadalupe** _____ Case No. _____

_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7196312271** <br><br>**Texaco/citibank**<br>**Po Box 6003**<br>**Hagerstown, MD  21747** | | H | Revolving account opened 12/97 | | | | **643.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **2** of _____ **2** Continuation Sheets attached to Schedule F

| Subtotal (Total of this page) | **643.00** |
|---|---|
| (Complete only on last sheet of Schedule F)  **TOTAL** | **41,710.00** |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**